# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

LOTHTHAN SOUPHANTHONG,     )
           )
     Petitioner,         )
           )
v.                  )     Case No. CIV-25-1220-D
           )
PAMELA J. BONDI        )
           )
     Respondent.       )

## ORDER

Petitioner Loththan Souphanthong's filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings in accordance with 28 U.S.C § 636(b)(1)(B) and (C). [Doc. No. 3]. Judge Stephens ordered Respondent to file a response to the Petition. [Doc. No. 12]. On November 10, 2025, Respondent filed her response objecting to the Petition and informing the court that Petitioner had been deported to Laos. [Doc. No. 14]. On November 19, 2025, Judge Stephens issued a Report and Recommendation ("the R and R") recommending the Court dismiss as moot the Petition because the Petitioner was no longer in the custody of U.S. Immigration and Customs Enforcement.

The case file shows no timely objection to the R and R nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R and R. *See Moore v.*

*United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Stephens in the R and R, the Court finds this action should be dismissed as moot.

 **IT IS THEREFORE ORDERED** that the R and R [Doc. No. 16] is **ADOPTED** in its entirety. This action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

 **IT IS SO ORDERED** this 16th day of December, 2025.

           _____
           TIMOTHY D. DeGIUSTI
           Chief United States District Judge